IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DONALD KELSO,

    Plaintiff,                    No. CIV S-11-0674 MCE EFB P

    vs.

KENNYCUTT, et al.,

    Defendants.             <u>ORDER</u>

                                /

       To: The Sheriff of Solano County, Attention: Inmate Trust Account, 500 Union Avenue, Fairfield, California, 94533:

       Plaintiff is a detainee in the Solano County Jail proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

       Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2).

1

1  The Sheriff of Solano County is required to send to the Clerk of the Court the initial
2 partial filing fee and thereafter payments from plaintiff's prison trust account each time the
3 amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28
4 U.S.C. § 1915(b)(2).
5  The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma
6 pauperis application upon the Sheriff of Solano County, Attention:  Inmate Trust Account, 500
7 Union Avenue, Fairfield, California, 94533, and deliver a copy of this order to the Clerk's
8 financial division.
9  So ordered.
10 Dated:  September 19, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2