IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DONALD KELSO,

        Plaintiff,                      No. CIV S-11-0674 MCE EFB P

       vs.

KENNYCUTT, et al.,

        Defendants.          <u>ORDER</u>

                                         /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 19, 2011, the court dismissed plaintiff's complaint with leave to amend. Dckt. No. 11. He requests an extension of time to file the amended complaint. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's October 5, 2011 request is granted and plaintiff has 60 days from the date this order is served to file an amended complaint.

      So ordered.

DATED: October 17, 2011.

                                                  EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE